USAO 2011R00876

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 JAN 31 P 12: 48
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

DAVID CHARLES RICHARDS,

    Defendant

\* CRIMINAL NO. L-12-049
\*
\* (Stalking, 18 U.S.C. § 2261A(2)(B))
\*
\*
\*
\*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

Between in or about December 2006 through in or about November 2011, in the District of Maryland, the District of Arizona and elsewhere, the defendant,

### DAVID CHARLES RICHARDS,

with the intent to place a person in another State in reasonable fear of the death of, and serious bodily injury to that person, used the mail, an interactive computer service and a facility of interstate and foreign commerce, to engage in a course of conduct that placed that person in reasonable fear of death and serious bodily injury to that person, to wit: the defendant, while residing in Arizona, repeatedly threatened harm to a female person living in Maryland through emails, packages sent in the U.S. mail, and the posting of messages and recordings on websites created in the female person's name.

18 U.S.C. § 2261A(2)(B)

*Rod J. Rosenstein /ko*
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

A TRUE BILL:

**REDACTED**

FOREPERSON

**REDACTED**

Date: January 31, 2012